```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                        CASE NO. 08 B 22216
       TIMOTHY C BURNS
                                                 CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR

           Debtor
       SSN XXX-XX-9315


   ---------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
   ---------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the adminstration of the estate pursuant to
   11 USC 1302(b)(1).

        1.  The case was filed on 08/23/08 .

        2.  The case was dismissed without confirmation, 12/19/2008.

        3.  The Debtor paid a total of $   1550.00 .


   ---------------------------------------------------------------------------
   CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                   PAID          PAID
   ---------------------------------------------------------------------------
   LITTON LOAN SERVICING IN  CURRENT MORTG         .00             .00           .00
   LITTON LOAN SERVICING IN  MORTGAGE ARRE    NOT FILED            .00           .00
   INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED            .00           .00
   INTERNAL REVENUE SERVICE  UNSECURED        NOT FILED            .00           .00
   AMERICAN EXPRESS          UNSECURED        NOT FILED            .00           .00
   CAPITAL ONE BANK          UNSECURED        NOT FILED            .00           .00
   CONDELL MEDICAL CENTER    UNSECURED        NOT FILED            .00           .00
   HARRIS BANK               UNSECURED        NOT FILED            .00           .00
   HSBC                      UNSECURED        NOT FILED            .00           .00
   HSBC                      UNSECURED        NOT FILED            .00           .00
   KEYNOTE CONSULTING INC    UNSECURED        NOT FILED            .00           .00
   PEOPLES GAS               UNSECURED        NOT FILED            .00           .00
   SALLIE MAE GUARANTEE SER  UNSECURED        NOT FILED            .00           .00
          Summary of disbursements:
   ---------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
   ---------------------------------------------------------------------------
   TOTAL CLMS ALLOWED    .00         .00         .00           .00           .00
   PRINCIPAL PAID        .00         .00         .00           .00           .00
   INTEREST PAID         .00         .00         .00           .00           .00
   TOTAL PAID            .00         .00         .00           .00           .00
   The Debtor's attorney, DEVONA & ASSOC              , was allowed $         .00
   and was paid $        .00 .

   The Trustee received $         .00 .

   Refunds to the Debtor totaled $   1550.00 .

        Wherefore, the Trustee requests an order be entered discharging
   the Trustee and the surety on his bond from any further liability
   in this case.
```

Dated: 03/13/09                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
     CASE NO. 08 B 22216 TIMOTHY C BURNS